IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

VERNON FLEMING, et al., )
)
    Plaintiffs, )
)
v. ) Case No. 1:14-cv-00006
) Chief Judge Haynes
LORI HARNESS, et al., )
)
    Defendants. )

# ORDER

Before the Court is Plaintiff's motion for transfer (Docket Entry No. 9), seeking transfer from Hickman County Jail, his current place of incarceration, to a Tennessee Department of Corrections facility. Under Meachum v. Fano, 427 U.S. 215, 224 (1976), intrastate prison transfers are not actionable under federal law because a State inmate's "conviction has sufficiently extinguished the defendant's liberty interest to empower the State to confine him in any of its prisons."

For these reasons, Plaintiff's motion for transfer (Docket Entry No. 9) is **DENIED**.

It is so **ORDERED**.

ENTERED this the 24th day of February, 2014.

    WILLIAM J. HAYNES, JR.
    Chief Judge
    United States District Court